# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN FLORES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 20-5930 |
| ANDREW M. SAUL, Commissioner, Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of December 2021, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 10), and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 15), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Claimant's Request for Review is **GRANTED IN PART** and the matter is **REMANDED** to the agency for consideration of the Claimant's migraine headaches and bilateral rotator cuff tendinitis as severe impairments, additional consideration of her fibromyalgia claim, and for the taking of additional vocational expert testimony if necessary; and

3. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

                                                          **BY THE COURT:**

                                                          /s/ Petrese B. Tucker

                                                          _____
                                                          **Hon. Petrese B. Tucker, U.S.D.J.**